

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00286-CV

| | | |
|---|---|---|
| Francis Wing-Sing Chan | § | From the 48th District Court |
| v. | § | of Tarrant County (048-243228-10) |
| | § | |
| J. Shelby Sharpe and the Law Offices of J. Shelby Sharpe, a Professional Corporation, and Karen Chang and Henry Chang | § | August 26, 2015 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Francis Wing-Sing Chan shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM